**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHRISTOPHER SCOTT ROYCE,**<br><br>**Defendant.** | **Case No. 22-CR-00163-SEH** |

**OPINION AND ORDER**

Before the Court is the unfiled and unopposed request of the United States Probation Office to strike the final revocation sentencing hearing, and to vacate the order regarding petition for warrant for offender under supervision, [ECF No. 121], filed on July 14, 2026. On October 9, 2026, the United States Probation Office was notified by the Chief Medical Examiner Office that Royce was deceased. The Court orders that the final revocation sentencing hearing, is hereby **stricken.** The order regarding petition for warrant for offender under supervision, [ECF No. 121], filed on July 14, 2026, is **vacated.**

DATED this 23rd day of October, 2026.

Sara Hill

Sara E. Hill
UNITED STATES DISTRICT JUDGE